UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:24-cv-02601-SB-E | Date: | May 10, 2024 |
|---|---|---|---|

| Title: | *Sissy McConnon v. The Kroger Co.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Jennifer Graciano | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
| Jacob M. Harper | Aubry Wand; Lisa Tamiko Omoto |

**Proceedings:** [Minutes of] Mandatory Scheduling Conference; Motion to Remand (Dkt. No. 10) (Held and Completed)

  Case called and appearances made. The Court heard from the parties about the contents of their joint Rule 26(f) report. A case management order will be issued separately.

  The Court heard argument from counsel on its tentative ruling on Plaintiff's motion to remand (Dkt. No. 18). The Court took the matter under submission.

  The parties shall file a supplemental status report no later than 9:00 a.m. on May 17. As discussed on the record, the parties shall address the disclosure of each side's respective testing and/or other information obtained about the purity of the Private Selection Avocado Oil. The supplemental report should also indicate whether the parties consent to proceeding before a magistrate judge for all purposes in this matter. The parties may choose any magistrate judge on the Voluntary Consent List found on the Central District website. If the parties consent, they should contact the courtroom deputy of the selected magistrate judge to confirm his or her availability and, upon confirmation, promptly file a "Notice

of Lodging of Consent" along with Form CV-11D (*Statement of Consent to Proceed Before a United States Magistrate Judge*) attached thereto.

:26