| | |
|---|---|
| **FARUQI & FARUQI, LLP**<br>Lisa T. Omoto (SBN 303830)<br>1901 Avenue of the Stars, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (424) 256-2884<br>Email: lomoto@faruqilaw.com | **THE WAND LAW FIRM, P.C.**<br>Aubry Wand (SBN 281207)<br>100 Oceangate, Suite 1200<br>Long Beach, CA 90802<br>Telephone: (310) 590-4503<br>Email: awand@wandlawfirm.com |

*Attorneys for Plaintiff and the Putative Class*

**DAVIS WRIGHT TREMAINE LLP**
Jacob M. Harper (SBN 259463)
*jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
*heathercanner@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant The Kroger Co.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SISSY MCCONNON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO. a corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-02601-SB-E<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Sissy McConnon and Defendant The Kroger Co. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate that the above-entitled action, *McConnon v. The Kroger Co.*, Case No. 2:24-cv-02601-SB-E, be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice. The Parties will each bear their own fees and costs.

Dated: June 27, 2024        **THE WAND LAW FIRM, P.C.**

/s/ Aubry Wand
Aubry Wand

**FARUQI & FARUQI LLP**
Lisa T. Omoto

*Attorneys for Plaintiff and the Putative Class*

Dated: June 27, 2024        **DAVIS WRIGHT TREMAINE LLP**

/s/ Jacob M. Harper
Jacob M. Harper
Heather F. Canner

*Attorneys for Defendant The Kroger Co.*

1
STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |

I, Aubry Wand, am the ECF User whose ID and password are being used to file the foregoing document. In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 27, 2024                    By: /s/ Aubry Wand
                                                            Aubry Wand